UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>Plaintiff,<br><br>v.<br><br>J. CLARK KELSO, et al.,<br><br>Defendants. | No. 2:21-cv-1710 AC P<br><br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. By order filed December 21, 2022, plaintiff was ordered to show cause why this case should not be transferred to the Fresno Division of this court. ECF No. 13. Plaintiff has now responded and advised that he consents to this case being transferred to the Fresno Division and requests appointment of counsel. ECF No. 14.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Upon plaintiff's consent and for the reasons set forth in the December 21, 2022 order (ECF No. 13), which is incorporated here by reference, this action will be transferred to the Fresno Division of the court. In light of the transfer, this court will not rule on plaintiff's request for appointment of counsel.

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's request for appointment of counsel (ECF No. 14);

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: January 12, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE